Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel: 818.296.9508

Attorney for *Plaintiff*
Martinez Distributing Co., Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ DISTRIBUTING CO., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEXCOR, INC., a Texas Corporation, d/b/a MORALES BEVERAGE GROUP f/k/a MEXCOR INTERNATIONAL; DIRECT INTERNATIONAL WINE & SPIRITS OF ILLINOIS, LLC, a Texas limited liability company, d/b/a MEXCOR DISTRIBUTORS OF CALIFORNIA; ROMPOPE CORONADO, S.A. C.V., a Mexican corporation; and DOES 1-20, inclusive<br><br>Defendants | Case No.: 2:24-cv-10741 DSF(ASx)<br><br>*Hon. Dale S. Fischer, Presiding*<br><br>**NOTICE OF SETTLEMENT** |

# NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the parties to this action, Plaintiff Martinez Distributing Co., Inc. ("Plaintiff"), and specially appearing defendants Mexcor, a Texas Corporation, d/b/a Morales Beverage Group f/k/a Mexcor International; Direct International Wine & Spirits of Illinois, LLC, a Texas limited liability company, d/b/a Mexcor Distributors of California; and Rompope Coronado, S.A. C.V., a Mexican corporation (together, "Defendants"), have reached a settlement in principal of all claims in this matter. The parties are in the process of preparing a formal settlement agreement and expect to file a stipulation for dismissal within 30 days.

The parties respectfully request that the Court vacate all pending deadlines and hearings in this matter. A stipulation for dismissal will be filed promptly upon execution of the settlement agreement, or in the event, that a settlement agreement is not ultimately agreed to within the timeframe set forth above, the parties will promptly notify this Court.

Dated: May 28, 2025

witkow | baskin

By: /s/Cory A. Baskin
Cory A. Baskin

*Attorneys for Plaintiff*